**Richard J. SHANNON, Claimant–Appellant,**

v.

**Eric K. SHINSEKI, Secretary of Veterans Affairs, Respondent–Appellee.**

No. 2009–7081.

United States Court of Appeals, Federal Circuit.

Aug. 14, 2009.

Jane W. Vanneman, Department of Justice, Washington, DC, for Respondent–Appellee.

Kenneth M. Carpenter, Carpenter, Chartered, Topeka, KS, for Claimant–Appellant.

ON MOTION

*ORDER*

Upon consideration of Richard J. Shannon's motion to voluntarily withdraw his appeal,

IT IS ORDERED THAT:

(1) The motion is granted and the appeal is dismissed.

(2) Each side shall bear its own costs.